UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CECIL CHARLES CASEL, #58369-177,<br>Plaintiff, | § § § | |
| v. | § § | Civil Case 3:24-CV-1258-B-BK |
| UNITED STATES OF AMERICA,<br>Defendants. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of August, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE