UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CECIL CHARLES CASEL #58369-177, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:24-CV-1258-B-BK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| DEFENDANT. | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant United States of America's *Motion for Summary Judgment*, Doc. 30, is **GRANTED**. Accordingly, all of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

Signed: March 4, 2026.

JANE J. BOYLE
UNITED STATES SENIOR DISTRICT JUDGE